

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00016-CR

ANDRE HYLTON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

## FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On January 11, 2011, Appellant Andre Hylton filed a notice of appeal from a judgment imposed on September 8, 2010, convicting him of theft. Apparently recognizing that he had filed the notice of appeal late, *see* Tex. R. App. P. 26.2(a)(1), Hylton also filed a motion for an out-of-time appeal. This court does not have authority to grant an out-of-time appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (reasoning that if an appeal is not timely

---

[1]*See* Tex. R. App. P. 47.4.

perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal and can take no action other than to dismiss the appeal). Accordingly, we deny Hylton's motion for an out-of-time appeal, and we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 10, 2011